UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHANQUIL L. BEY,
    Plaintiff,

-vs-

WISCONSIN DEPARTMENT OF
CHILDREN AND FAMILIES, et al.,
    Defendants.

CASE NO. 12-CV-1141



## AMENDED NOTICE OF VOLUNTARY DISMISSAL

    PLEASE TAKE NOTICE that the Plaintiff, Shanquil L. Bey, *Pro Se*, has heretofore filed her Notice of Voluntary Dismissal, on December 26, 2012, but the Clerk of Court's office had missed docketing the notice, although the Clerk's office did receive and date-stamp the same notice, a true and correct copy of which is attached hereto as Exhibit A. Said notice was filed before any Defendant-party had submitted an Answer in response to the Plaintiff's Complaint in this matter.

    NOW TAKE FURTHER NOTICE that Plaintiff amends her notice to have this matter dismissed without prejudice and without costs.

    Dated this 30th day of January, 2013:

By Shnqul Bey All Rights Reserved
Shanquil L. BEY, Plaintiff *Pro Se*

PO Address:
Shanquil L. BEY
2634 N. 45th Street
Milw., WI 53210
(414) 550-9129