

david_carr@gshllp.com
Direct: 414-755-8146

February 12, 2013

The Honorable Lynn Adelman
U.S. District Court - Eastern Dist. of WI
517 E. Wisconsin Ave.
Milwaukee WI 53202

    Re:   **Bey v. Wisconsin Department of Children and Families et al**
            **Case Number 12-CV-01141**

Judge Adelman:

Although we have filed an Answer and Affirmative Defenses on behalf of our clients, Wells Fargo Bank, N.A. and John Stumpf, we have no objection to the plaintiff's Amended Notice of Voluntary Dismissal of the above-referenced matter.

Accordingly, we will await further action by the Court with respect to the pending Motions filed by the remaining defendants.

Respectfully,

GONZALEZ SAGGIO & HARLAN LLP

David B. Carr

DBC:slf
cc:   Shanquil Bey
      Michael B. Brennan/Daniel J. Kennedy
      Allison E Cimpl-Wiemer/ Katherine Maloney Perhach
      Thad W. Jelinske
      Kimberly Walker/Molly J. Zillig

**GONZALEZ SAGGIO & HARLAN LLP**
Attorneys at Law

www.gshllp.com

Milwaukee
111 East Wisconsin Avenue
Suite 1000
Milwaukee, WI 53202
Tel (414) 277-8500
Fax (414) 277-8521

Atlanta, GA | Indianapolis, IN | Stamford, CT
Boca Raton, FL | Los Angeles, CA | Washington, D.C.
Boston, MA | Nashville, TN | Wayne, NJ
Chicago, IL | New York, NY | West Des Moines, IA
Cleveland, OH | Phoenix, AZ

*Affiliated with Gonzalez, Saggio and Harlan, L.L.C.*