UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHANQUIL LASHAY BEY,
    Plaintiff,

v.     Case No. 12-C-1141

WISCONSIN DEPARTMENT OF
CHILDREN AND FAMILIES, et al.,
    Defendants.

## ORDER

The plaintiff has indicated that she would like to voluntarily dismiss this action without prejudice. See ECF No. 22. No defendant has objected to the plaintiff's request. Therefore, **IT IS ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this action is dismissed without prejudice and without costs. All pending motions are denied as moot.

Dated at Milwaukee, Wisconsin, this 27th day of February, 2013.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge